MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

| | |
|---|---|
| KENNETH HAROLD TINSLEY, | ) |
| | ) Case No. 2:17-CV-02134-AC |
| Plaintiff, | ) |
| v. | ) **UNOPPOSED MOTION FOR EXTENSION** |
| | ) **OF TIME** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED, by and between Kenneth Harold Tinsley (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of seven (7) days to file her Opposition to Plaintiff's Opening Brief. The current due date is May 9, 2018. The new date will be May 16, 2018. An extension of time is needed because the attorney responsible for briefing this case will be taking medical leave this week. This request is made in good faith with no intention to unduly delay the proceedings and Defendant assures that there will be no further extension requests. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

//

//

| | |
|---|---|
| | Respectfully submitted, |
| Date: May 8, 2018 | By: */s/ John Vincent Johnson*\*<br>Law Offices of John V. Johnson<br>Attorney for Plaintiff<br>(*As authorized by e-mail on May 8, 2018) |
| Date: May 8, 2018 | MCGREGOR W. SCOTT<br>United States Attorney<br><br> */s/ Gina Tomaselli*<br>GINA TOMASELLI<br>Special Assistant United States Attorney<br><br>Attorneys for Defendant |

## **ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE MAY 16, 2018.

DATED: May 8, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE